IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **DOUGLAS DODD,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | 5:03CV348 (DF) |
| | : | |
| **JOYCE BROOME, R.N., et al.,** | : | |
| | : | |
| Defendants. | : | |

## O R D E R

This order hereby adopts and incorporates the Recommendation that United States Magistrate Judge Claude W. Hicks, Jr. entered in this case on July 12, 2005 (tab 26). Neither party has served or filed written objections to the Magistrate Judge's Recommendation with the Court.

Accordingly, Defendants' motion for summary judgment (tab 18) is hereby **GRANTED.**

SO ORDERED, this 13th day of October, 2005.

/s/ Duross Fitzpatrick
DUROSS FITZPATRICK, JUDGE
UNITED STATES DISTRICT COURT

DF/sew